OPINION OF THE COURT
 

 Memorandum.
 

 The order appealed from should be affirmed, with costs, for the reasons discussed in the opinion authored by Mr. Justice J. Clarence Herlihy at the Appellate Division (62 AD2d 23). No contrary result is mandated by section 12 of chapter 617 of the Laws of 1970, for that provision merely preserves preexisting rights and remedies, and has no application to the type of inchoate property interest upon which plaintiff seeks to base its arguments.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler and Fuchsberg concur.
 

 Order affirmed, with costs, in a memorandum.